AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>A silver, 2017 Ford Explorer, four-door SUV, bearing<br>Arizona license plate number HTA97B and vehicle<br>identification number (VIN) ending in C22002<br>**(Target Premises A-4)** | Case No.  21 - 387MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___18/29/21___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

*N/A*   ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _12-15-2021 @ 3pm_        *Judge's signature*

City and state: <u>Phoenix, Arizona</u>        <u>Honorable MICHELLE H. BURNS, U.S. Magistrate Judge</u>
                                        *Printed name and title*

## ATTACHMENT A-4

### Property to Be Searched

The property to be searched is a silver in color, 2017 Ford Explorer, four-door SUV, bearing Arizona license plate number HTA97B and vehicle identification number (VIN) ending in C22002 (**Target Premises A-4**).  Target Premises A-4 is registered to Rickey Duwayne Garrett, Sr. at 1726 West Pollack Street, Phoenix, Arizona 85041.



**ATTACHMENT B**

**Property To Be Seized**

1.      United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

2.      Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

3.      Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

4.      Currency counters;

5.      The following items of clothing:
   a.  Gray Wig;
   b.  Black hooded sweatshirt;
   c.  Camouflage pants;
   d.  Large framed black eyeglasses;
   e.  White athletic shoes with black Nike "Swoosh";
   f.  Neon green/yellow long sleeve shirt;
   g.  Neon green/yellow vest with reflective stripes;
   h.  Black jeans pants with rips;
   i.  White shoes;
   j.  Black bandana with white paisley design;
   k.  White boonie style hat;
   l.  Neon orange long sleeve shirt;
   m.  Neon orange vest with reflective stripe;

1

n.  Black athletic shoes with white sole trim;

o.  Surgical style mask/face covering;

p.  Camouflage boonie hat;

q.  Dark green boonie hat;

r.  Blue gloves with gray palms;

s.  Neon yellow gloves with black palms;

t.  Long-sleeve white shirt with paint stains and a red graphic on the back;

u.  Long-sleeve white shirt with paint stains;

v.  Light colored jeans;

w.  Floral print (roses) shirt;

x.  Tan camouflage boonie-style hat;

y.  Black wrap-around sunglasses; and

z.  Black gloves.

6.      Indicia of occupancy, residency, rental, ownership, or use of the Target Premises and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

7.      Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, or firearms;

8.      Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition;

9.      Computers, cellular telephones, tablets, and other media storage devices, such as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "electronic storage media"); and

10.     Records evidencing ownership or use of electronic storage media, including sales receipts, registration records, and records of payment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies).  This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

3

AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>A silver, 2017 Ford Explorer, four-door SUV, bearing<br>Arizona license plate number HTA97B and vehicle<br>identification number (VIN) ending in C22002<br>**(Target Premises A-4)** | Case No.  21 - 387 MB |

## APPLICATION FOR A SEARCH WARRANT

I, Jamie Marshall, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

### As further described in Attachment A.

located in the District of Arizona, there is now concealed:

### As set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery and Incidental Crimes |

The application is based on these facts:

### See attached Affidavit of Task Force Officer Jamie Marshall.

☒ Continued on the attached sheet.
☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA COLEEN SCHOCH

_Jamie Marshall_
*Applicant's Signature*

~~Telephonically~~
Sworn to ~~before me and signed in my presence.~~

Date: _12-15-2021_

City and state: Phoenix, Arizona

JAMIE MARSHALL, TASK FORCE OFFICER, FBI
*Printed name and title*

_Michelle Burns_
*Judge's signature*

Honorable MICHELLE H. BURNS, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A-4

### Property to Be Searched

The property to be searched is a silver in color, 2017 Ford Explorer, four-door SUV, bearing Arizona license plate number HTA97B and vehicle identification number (VIN) ending in C22002 (**Target Premises A-4**).  Target Premises A-4 is registered to Rickey Duwayne Garrett, Sr. at 1726 West Pollack Street, Phoenix, Arizona 85041.



# ATTACHMENT B

## Property To Be Seized

1.      United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

2.      Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

3.      Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

4.      Currency counters;

5.      The following items of clothing:
   a.  Gray Wig;
   b.  Black hooded sweatshirt;
   c.  Camouflage pants;
   d.  Large framed black eyeglasses;
   e.  White athletic shoes with black Nike "Swoosh";
   f.  Neon green/yellow long sleeve shirt;
   g.  Neon green/yellow vest with reflective stripes;
   h.  Black jeans pants with rips;
   i.  White shoes;
   j.  Black bandana with white paisley design;
   k.  White boonie style hat;
   l.  Neon orange long sleeve shirt;
   m.  Neon orange vest with reflective stripe;

n.  Black athletic shoes with white sole trim;

o.  Surgical style mask/face covering;

p.  Camouflage boonie hat;

q.  Dark green boonie hat;

r.  Blue gloves with gray palms;

s.  Neon yellow gloves with black palms;

t.  Long-sleeve white shirt with paint stains and a red graphic on the back;

u.  Long-sleeve white shirt with paint stains;

v.  Light colored jeans;

w.  Floral print (roses) shirt;

x.  Tan camouflage boonie-style hat;

y.  Black wrap-around sunglasses; and

z.  Black gloves.

6.    Indicia of occupancy, residency, rental, ownership, or use of the Target Premises and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

7.    Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, or firearms;

8.    Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition;

9.    Computers, cellular telephones, tablets, and other media storage devices, such as thumb drives, CD-ROMs, DVDs, Blu Ray disks, memory cards, and SIM cards (hereafter referred to collectively as "electronic storage media"); and

2

10.    Records evidencing ownership or use of electronic storage media, including sales receipts, registration records, and records of payment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies).   This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.   The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.   Pursuant to this warrant, the FBI may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANTS

I, Jamie Marshall, a Task Force Officer with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I make this affidavit in support of an application for search warrants to search the following residential properties and vehicles, which are currently located in the District of Arizona:

1.      745 North Port Drive, Gilbert, Arizona 85233 (**Target Premises A-1**). Located within **Target Premises A-1**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B**.

2.      1726 West Pollack Street, Phoenix, Arizona 85041 (**Target Premises A-2**). Located within **Target Premises A-2**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B**.

3.      1583 South Western Skies Drive, Gilbert, Arizona 85296 (**Target Premises A-3**). Located within **Target Premises A-3**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B**.

4.      A silver, 2017 Ford Explorer, four-door SUV, bearing Arizona license plate number HTA97B and vehicle identification number (VIN) ending in C22002 (**Target Premises A-4**). Located within **Target Premises A-4**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B**.

5.      A black 2017 BMW 640, four-door sedan, bearing Arizona license plate number 3RA0A9A, and vehicle identification number (VIN) ending in 39751 (**Target Premises A-5**). Located within **Target Premises A-5**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B**.

6.      A white 2019 BMW X3 Station wagon four-door bearing Arizona license plate number HWA0JE, and vehicle identification number (VIN) ending in 88202 (**Target**

Premises A-6). Located within **Target Premises A-6**, I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B**.

7.     A white 2019 Dodge Challenger two door coupe with black stripes on the sides, bearing Arizona license plate number YMA5TB, and vehicle identification number (VIN) ending in 12004 (**Target Premises A-7**). Located within **Target Premises A-7,** I seek to seize evidence, fruits, and instrumentalities of the criminal violations listed herein, as further described in **Attachment B**.

## INTRODUCTION AND AGENT BACKGROUND

1.     Your Affiant is a Task Force Officer with the Federal Bureau of Investigation (FBI), Phoenix, Arizona, and has been since August of 2020. Prior to being assigned as a Task Force Officer with the FBI Violent Crimes Task Force, your Affiant has been employed by the Phoenix, Arizona Police Department since 1999. Since 2017, your Affiant has been assigned to the Phoenix Police Department's Violent Crimes Unit. In that time, your Affiant has been tasked with conducting investigations of Violent Crimes, specifically: Robbery, Kidnapping, Extortion, Aggravated Assault and Serious Assaults. Your Affiant has received basic and advanced training in Violent Crimes Investigations, crime scene management, evidence collection, and shooting reconstruction.

2.     I am familiar with the facts surrounding the investigation of the four bank robberies described below. All the United States currency stolen during these robberies were federally insured by the Federal Deposit Insurance Corporation ("FDIC"). This investigation involves violations of 18 U.S.C. § 2113(a) and (d) (Bank Robbery and Incidental Crimes). Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that, within **Target Premises A-1 through A-7**, there are evidence, fruits, and instrumentalities of criminal violations of 18 U.S.C. § 2113(a) and (d) within the District of Arizona. There is also probable cause to search the

locations described in **Attachments A-1 though A-7** for evidence, instrumentalities, contraband, and fruits of these crimes as further described in **Attachment B**.

3.      The facts in this affidavit come from my own investigation, my training and experience, the investigation of other agents and law enforcement officers working the case, and information obtained from witnesses.

4.      Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, your Affiant has not set forth all of the relevant facts known to law enforcement officers.

## PROBABLE CAUSE

The FBI Violent Crimes Task Force, along with other local law enforcement agencies, have been investigating series of bank robberies, in violation of 18 U.S.C § 2113(a) and (d), which occurred on October 29, 2021, November 5, 2021, and November 20, 2021, and December 11, 2021 in the District of Arizona.

### Incident #1: October 29, 2021, Chase Bank,
### 2528 West Southern Avenue, Tempe, Arizona
*Tempe Police Department Report Number 2021-119501*

4.      On October 29, 2021, at approximately 4:49 p.m., an unidentified Black male suspect entered the Chase Bank, a federally insured institution, located at 2528 West Southern Avenue in Tempe, Arizona. Once inside the bank, the suspect approached the victim/teller and demanded money by yelling "give me the money!" and then banged his hands with closed fists on the teller counter. The suspect then moved to a second teller, who was next to the first teller, and repeated the action of demanding money while banging his hands on the counter. At one point the suspect made the motion toward his waistline which is consistent with reaching for a weapon from his left front waist band; however, neither victim teller saw a weapon. The suspect verbally demanded the teller not to provide any trackers or dye packs. Once the suspect obtained money from the two tellers, the

suspect moved to a third teller and yelled again, "give me the money!" The third teller complied and gave the suspect additional money. The suspect fled the bank with approximately $11,918.00 in U.S. currency.



5.      The suspect was described by witnesses and surveillance video as a Black male, approximately 5'8" to 6'0" tall, 25 to 35 years of age, 170 to 190 pounds, with short beard/facial hair, wearing a gray wig, black long sleeve hooded shirt, camouflage pants, white athletic shoes, and large black framed eyeglasses.

6.      A witness followed and watched the suspect as he fled out of the bank. The witness reported to police that the suspect fled northbound on Fair Lane and entered the front passenger side of a gray or silver in color Ford Explorer. Fair Lane is on the west side of the bank and runs north from Southern Avenue

### Subsequent Investigation

7.      Following this robbery, Tempe Police detectives conducted a canvas for surveillance footage from neighboring businesses.

8.      On October 30, 2021, Tempe Police Department detectives reviewed surveillance video from the business Treasures 4 Teachers in Tempe, which had cameras facing east toward Fair Lane. Detectives also reviewed video captured by a city bus which was in the area of the bank prior to the robbery.

9.      The city bus was parked facing westbound on Huntington Drive near the intersection of Huntington Drive and Fair Lane. Huntington Drive is the next road north of the bank. Video from the bus captured a silver Ford Explorer as it turned from southbound

Fair Lane onto eastbound Huntington Drive and went past the bus at approximately 4:46 p.m. The Ford Explorer made a U-turn and stopped behind the bus. Video showed a black male exit the passenger side of the Ford Explorer and start walking south toward the Chase Bank. The black male matched the physical and clothing description of the suspect who later robbed the Chase Bank. The Ford Explorer then drove past the bus and turned northbound on Fair Lane at approximately 4:47 p.m. until out of view of the video from the parked bus.

10.     Shortly after, at approximately 4:50 p.m., the city bus was driving north on Fair Lane past the Treasures 4 Teachers business. Review of the video from the bus, as it drove along Fair Lane, revealed what appeared to be the silver Ford Explorer backed into a parking spot of a business along Fair Lane north of Huntington Drive.

11.     Video obtained from Treasures 4 Teachers showed the suspect running north along Fair Lane approximately 45 seconds to a minute after the bus had driven by the store. It is noted that the direction the suspect was running is consistent with, and toward, the area where bus video captured what appeared to be the Ford Explorer backed into a parking spot of a business.

12.     The video from the bus captured the back end of the Ford Explorer with an Arizona license plate and a portion of the license plate digits legible. Investigators determined the middle digits of the license plate were "A97." Investigators researched the partial license plate in law enforcement and other databases and identified the vehicle registration for a silver, 2017 Ford Explorer assigned Arizona license plate HTA97B. It is noted that the body style of the silver Ford Explorer captured on the bus video was similar and consistent with that of the 2017 model year.

13.     Arizona Motor Vehicle Division records listed Arizona license plate HTA97B as being assigned to a silver, 2017 Ford Explorer, VIN ending in C22002 (**Target Premises A-4**), with a registered owner of Rickey Duwayne Garrett, Sr. (RICKEY), date of birth XX/XX/1961, at 1726 West Pollack Street, Phoenix, Arizona (**Target Premises A-2**).

14.     An internet search identified RICKEY as the pastor of a church located north of the bank near Broadway Road and 48th Street in Tempe. Research revealed that RICKEY has six children. Database checks identified one of those sons as Roderick Duwayne GARRETT, date of birth XX/XX/1985.

15.     Checks of law enforcement databases revealed that Roderick GARRETT was convicted of Bank Robbery in 2010 in U.S. District Court. Additionally, Roderick GARRETT was convicted of Felon in Possession of a Firearm and Ammunition in 2018 in U.S. District Court. Records indicate that Roderick GARRETT is currently on federal supervised release in the District of Arizona until May 2023. Your Affiant viewed photographs of Roderick GARRETT from the Arizona Motor Vehicle Department, the Bureau of Prisons, and recent social media posts, and these photographs look like the person who robbed the Chase Bank on October 29, 2021.

16.     On November 1, 2021, a license plate reader located at the 202 freeway and 32nd Street in Phoenix, Arizona, captured the silver Ford Explorer at 4:05 p.m.

17.     On November 2, 2021, the Court issued and filed under seal a tracking warrant for the silver Ford Explorer, No. 21-8278-MB.

18.     On November 2, 2021, law enforcement placed a tracking device on the silver Ford Explorer at approximately 1700 hours in the parking lot of 2219 South 48th Street, Tempe, Arizona 85282.

19.     On November 2, 2021, at approximately 1545 hours, law enforcement conducted surveillance at RICKEY's place of employement, The Message Church, located at 2219 South 48th Street, Tempe, Arizona, 85282. Law enforcement located the Silver Ford Explorer to place a tracking device on the vehicle. At approximately 1700 hours, while law enforcement watched the Silver Ford Explorer, they observed Roderick GARRETT arrive in the parking lot driving the his black BMW bearing Arizona License plate 3RA0A9A (**Target Premises A-5**).

20.     A white BMW SUV-style vehicle bearing Arizona license plate HWA0JE (**Target Premises A-6**) followed the black BMW into the parking lot and parked to the

east of the black BMW. An unidentified black male exited the driver's seat wearing a white short-sleeve t-shirt, blue jeans, and a gold watch on his left wrist.

21.     GARRETT and the unidentified black male entered The Message Church for a moment before exiting the building and retrieving what appeared to be framed pictures or paintings from the rear seat of the black BMW and took those items into The Message Church.

22.     At approximately 1715 hours, GARRETT and the unidentified black male exited The Message Church and re-entered their respective vehicles. Both vehicles departed the parking lot and turned southbound onto 48th Street.

23.     Investigators researched the license plate of the black BMW in law enforcement and other databases and identified the vehicle registration for a black 2017 BMW 640, four-door sedan, bearing Arizona license plate number 3RA0A9A, and vehicle identification number (VIN) ending in 39751 (**Target Premises A-5**), registered to Roderick Duwayne Garrett, date of birth XX/XX/1985, at 745 North Port Drive, Gilbert, Arizona 85233 (**Target Premises A-1**). This registration expired in June 2021.

24.     Law enforcement obtained photographs of GARRETT inside the black BMW. Law enforcement thereafter witnessed GARRETT drive out of the parking lot of **Target Premises A-1** in the black BMW.

25.     Arizona Motor Vehicle Division records identify 745 North Port Drive, Gilbert, Arizona 85233 (**Target Premises A-1**), as the current address of Roderick Duwayne Garrett, date of birth XX/XX/1985.

26.     Law enforcement previously conducted surveillance at RICKEY's residence at 1726 West Pollack Street (**Target Premises A-2**), Phoenix, Arizona, and observed the black BMW (**Target Premises A-5**) parked at that address.

27.     On November 4, 2021, the Court issued and filed under seal a tracking warrant for the black BMW, No. 21-3253-MB.

28.     Law enforcement was unable to execute the tracking warrant for the black BMW in the ten days prior to its expiration.

29.     On November 16, 2021, the Court issued and filed under seal a second tracking warrant for the black BMW, No. 21-8292-MB.

30.     On November 18, 2021, law enforcement placed a tracking device on the black BMW.

31.     On November 4, 2021, at approximately 1419 hours, law enforcement conducted surveillance at 2219 South 48th Street, Phoenix, Arizona and observed the black BMW parked in parking lot. Law enforcement observed Roderick GARRETT enter the driver's seat of the BMW and exit the parking lot of 2219 South 48th Street, Phoenix, Arizona. The black BMW was followed by the White Dodge Challenger (**Target Premises A-7**). The White Dodge Challenger was driven by a light-skinned black male with tattoos on both sides of his neck. The driver was later identified using his driver's license photograph as the registered owner, Ramon MENESES.

32.     The black BMW and the white Dodge Challenger drove to the Circle K at 1101 North 16th Street, Phoenix, Arizona. The White Dodge Challenger left the Circle K, and law enforcement followed the black BMW (**Target Premises A-5**) to the K-MOMO clothing store located at 1602 East Roosevelt, Phoenix, Arizona. Law Enforcement then observed the White Dodge Challenger (**Target Premises A-7**) arrive and park in the parking lot near the K-MOMO. Roderick GARRETT exited the black BMW and waited Ramon MENESES to exit the White Dodge Challenger. Both GARRETT and MENESES entered the K-MOMO clothing store.

33.     Investigators observed GARRETT and MENESES exit the store carrying purchase bags. GARRETT placed his purchase bag in the trunk of the black BMW. Law enforcement then observed MENESES open his purchase bag to reveal a long-sleeve orange shirt. MENESES then placed the orange shirt and bag into the trunk of the white Dodge Challenger, GARRETT drove away in the black BMW, and MENESES drove in an opposite direction in the white Dodge Challenger.

34.     Investigators followed the black BMW east to the 202 freeway in Phoenix, Arizona, and then into Scottsdale, Arizona. Investigators lost sight of the black BMW and were not able place a tracker on it.

35.     Investigators researched the license plate of the White Dodge Challenger in law enforcement and other databases and identified the vehicle registration for a white 2019 Dodge Challenger two door coupe with black stripes on the sides, bearing Arizona license plate number YMA5TB, and vehicle identification number (VIN) ending in 12004 (**Target Premises A-7**), registration to Ramon P. Meneses, date of birth XX/XX/1989, at 4138 W Wagon Wheel Dr., Phoenix, AZ 85051.

36.     Law Enforcement conducted internet and social media research and determined that Ramon MENESES is an associate of Roderick GARRETT.

### Incident #2: November 5, 2021, Comerica Bank, 2804 North 44th Street, Phoenix, Arizona, 85008
*Phoenix Police Department Report Number 2021-1725211*

37.     On November 5, 2021, at approximately 3:59 p.m., two black male suspects entered the Comerica Bank, a federally insured institution, located at 2804 North 44th Street, Phoenix, Arizona 85008.

38.     The suspects were described by witnesses and were observed on the bank surveillance video as a Black males:

    a.   Suspect 1: approximately 5'8" to 6'0" tall, 25 to 35 years of age, 170 to 190 pounds, with short beard/facial hair, wearing a florescent green, florescent green long sleeve shirt with a yellow reflective traffic, black pants, white athletic shoes, and black sunglasses, and carrying a white bag.

    b.   Suspect 2: approximately 5'10" to 6'1" tall, 25 to 35 years of age, 190 to 215 pounds, tattoos on his neck near his face,wearing a blue medical mask, white fisherman's hat with an emblem, a bright orange long sleeve shirt, orange reflective vest, blue pants, black gloves, and black and white athletic shoes.

39.    The suspects entered the bank and were greeted by the an employee in the lobby. Both suspects ignored the employee and approached the teller line. Both suspects began yelling at the teller employee behind the bandit barrier glass. The greeter employee saw that the suspects were robbing the bank and pressed a remote robbery alarm on his person. The suspects then grabbed the greeter employee and forced him physically to the teller window. Suspect 1 yelled at the teller to give them the money. The teller began to dispense money, and the manager came into the lobby to see who was yelling.

The suspects saw the manager and demanded that the manager open the back door to the teller windows as they physically held the greeter employee. The manager complied and opened the door, and both suspects went behind the teller bandit barrier and ransacked all the drawers as they demanded more money from the teller. The teller complied and dispensed more money to the suspects. The suspects fled the bank with approximately $25,000 in U.S. Currency.

 

 

40.     On November 8, 2021 at approximately 1142 hours, investigators returned to the K-MOMO clothing store located at 1602 East Roosevelt, Phoenix, Arizona, and watched video footage from November 4, 2021. They observed GARRETT purchase a florescent green long-sleeved shirt and MENESES purchase a bright orange long-sleeved shirt at this store.

41.     Upon review of bank surveillance footage from the Comerica Bank investigators observed Suspect 1, who was wearing the long sleeve florescent green shirt with a light facial beard, to have the same physical characteristics as Roderick GARRETT. The facial hair was similar to GARRETT's facial hair, the long-sleeved florescent green shirt was similar to what GARRETT had purchased on November 4, 2021. Suspect 1 also had the same demeanor and modus operandi as did the suspect in the Chase Bank branch robbery described above in October 2021.

42.     Upon review of bank surveillance footage from the Comerica Bank branch, investigators observed Suspect 2 wearing a long-sleeved bright orange shirt. They also observed him to have tattoos on his neck and similar physical characteristics to Ramon MENESES. The physical build, neck tattoos, MENESES's known relation to GARRETT, and his recent purchase of a bright orange long-sleeved shirt on November 4, 2021, at the K-MOMO store led investigators to believe Suspect 2 to be Ramon MENESES.

### Additional Investigation

43.    On November 12, 2021, at approximately 0930 hours, Investigators conducted surveillance on 745 North Port Drive, Gilbert, Arizona (**Target Premises A-1**) (the registered address of the black BMW). At approximately 1130 hours, Roderick GARRET backed the black BMW (**Target Premises A-5**) into the garage next to a white BMW SUV bearing Arizona license plate CMX1976,[1] which was found to be registered to GARRETT's girlfriend, Kayla Reinhardt.

44.    On November 12, 2021, at approximately 1605 hours, investigators observed the White Dodge Challenger (**Target Premises A-7**) arrive in the adjoining parking lot of 745 North Port Drive. The driver, Ramon MENESES met Roderick GARRET in the parking lot. Surveillance images document the contact.



45.    GARRET drove away in the black BMW (**Target Premises A-5**) and MENESES drove away in the White Dodge Challenger. Investigators followed both vehicles, but lost them both.

46.    On November 9, 2021, the Court issued and filed under seal a tracking warrant for the white Dodge Challenger, No. 21-5280-MB.

---

[1] This white BMW is a different vehicle from the white BMW that is Target Premises A-6. This white BMW is not the subject of the current Application for Search Warrant.

 

47.     Law enforcement was unable to execute the tracking warrant for the White Dodge Challenger in the ten days prior to its expiration.

48.     On November 22, 2021, the Court issued and filed under seal a second tracking warrant for the white Dodge Challenger, No. 21-336-MB.

49.     Law enforcement was unable to execute the second tracking warrant for the White Dodge Challenger in the ten days prior to its expiration.

### Incident #3: November 20, 2021, US BANK,
### 4811 North 83rd Avenue, Phoenix, Arizona, 85033
*Phoenix Police Department Report Number 2021-1810750*

50.     On November 20, 2021, at approximately 3:50 p.m., two unknown black male suspects committed a bank robbery at the US Bank located inside the Safeway grocery store at 4811 N 83rd Avenue, Phoenix, Arizona. The two suspects entered the grocery store from the south entrance and approached the bank. The suspects initially walked past the teller line, then turned around and went directly to the victim teller's window. The suspects' movement to the teller counter caused a bank customer to move out of the way.

51.     At the teller window, Suspect 1 verbally announced that it was a robbery and repeatedly demanded money from the victim teller. The victim teller realized it was a robbery but was scared and froze. A second bank employee heard Suspect 1 announce the

robbery and came over to the victim teller's window. Suspect 1 continued to demand money. During the encounter, Suspect 2 pulled out a gray/silver over black handgun from his waistband area and displayed it to the bank employees. Both the victim teller and the second bank employee saw the handgun. Suspect 2 then put the gun back down.

52.     The second bank employee removed money from the victim teller's drawer and placed it under the bandit barrier. Suspect 1 took the money and demanded more money. The victim teller and the second bank employee showed the suspects the empty teller tray as Suspect 1 continued to demand more money. The suspects then left the bank by walking back to the south entrance of the store and fled. A cash loss of approximately $2,682 resulted from this robbery.

53.     Grocery store surveillance video along and a witness described the suspects as jumping over a block wall south of store along the shopping center property line. The wall went to the backyard of a vacant house in a residential neighborhood. A witness in the neighborhood observed the suspects quickly exit the backyard of the vacant house and enter a white BMW X3, which had been parked backed into the driveway of the vacant house. The suspects fled the scene in the white BMW X3. The witness was able to note the license plate of the vehicle and provided it to law enforcement. According to the witness, the vehicle had the Arizona license plate number HWA0JE (**Target Premises A-6**).

54.     The description of the suspects as described by witnesses and captured on surveillance video was:

a.  Suspect 1: height ~6', age in 30's, average build; wearing: dark colored or camouflage boonie style hat; white or light gray long sleeve shirt; dark colored neck gaiter; black covid-style face mask; light blue gloves with dark colored palms; tan or light colored pants.

b. Suspect 2: height ~6', age in 30's, average build; wearing: camouflage boonie style hat; white or light gray long sleeve shirt with a paint mark on the sleeve; dark pants; light colored shoes; black colored covid style face covering; a black colored cloth or durag was seen coming out from under the back of the hat down to the shoulders.



55.      Upon review of bank surveillance footage from the US Bank, investigators observed Suspect 1, who was wearing the long sleeve white shirt and blue gloves to have the same physical build and mannerisms as Roderick GARRETT.

56.      Upon review of bank surveillance footage from the US Bank, investigators observed Suspect 2 wearing a long white shirt, green gloves holding a black handgun in his right hand to have similar physical characteristics to Ramon MENESES. The physical build, and MENESES's known relation to GARRETT led investigators to believe Suspect 2 to be Ramon MENESES.

57.      Investigators researched the license plate of the white BMW bearing Arizona license plate number HWA0JE and identified the vehicle registration for a white 2019 BMW X3, four-door station wagon, vehicle identification number (VIN) ending in 88202 (**Target Premises A-6**), to Leah Christine Miller, date of birth XX/XX/1992, at 1583 S Western Skies Dr, Gilbert, Arizona (**Target Premises A-3**). Leah MILLER's listed

boyfriend is Justin MORRIS XX/XX/1989, a black male. Justin MORRIS is a known associate of Roderick GARRET.

58.     Investigators compared images of Justin MORRIS with the driver of the **Target Premises A-6** on November 2, 2021, at The Message Church, and confirmed that they appear to be the same person.

59.     Arizona Motor Vehicle Division records identify 1583 South Western Skies Drive, Gilbert, AZ 85296-4327 (**Target Premises A-3**), as the current address of Leah MILLER.

60.     On November 22 and November 23, 2021 investigators conducted survelliance at **Target Premises A-3** and observed **Target Premises A-6** parked in the driveway.

61.     **Target Premises A-3** is the registered location of **Target Premises A-6. Target Premises A-6** was seen at the third bank robbery as the getaway car by several witnesses.

62.     Ramon MENESES now claims **Target Premises A-3** as his motor vehicle division registered location. **Target Premises A-7** was last seen parked in the garage at **Target Premises A-3** and is the vehicle MENESES drove to buy the orange shirt used the second bank robbery.

### Incident #4: December 11, 2021, First Convenience Bank
### 1602 East Roosevelt Street, Phoenix, Arizona, 85006
*Phoenix Police Department Report Number 2021-1927790*

63.     On December 11, 2021, at approximately 1656 hours, an unknown black male committed an armed robbery at First Convenience Bank inside the Ranch Market at 1602 E Roosevelt Street in Phoenix, AZ 85003. The black suspect entered the bank and immediately went to the teller window, pointed a gun at the victim-teller and demanded money. The suspect became impatient and banged his gun on the teller counter. The suspect then demanded money from a second victim-teller while pointing the gun at her as well.

Both tellers complied and gave the suspect a total of approximately $3863.00 in U.S. Currency. The suspect fled to the east.

64.      The supect was described as: black male, height ~6', age in 30's, average build, light facial hair; wearing: camouflage boonie-style hat; red and black floral (roses) long-sleeve button-up shirt; dark sunglasses; no mask; black gloves; dark pants; and brown shoes.

 

12/11/2021 16:56:08.11
D3
Surveillance
RC914Roosevelt

12/11/2021 16:55:28.88
D2
Surveillance
RC914Roosevelt

65.      Upon review of bank surveillance footage from the First Convienence Bank, investigators observed the suspect, who was wearing the long-sleeve floral-print shirt, no mask, and black gloves, to have the same physical build and mannerisms as Roderick GARRETT. The suspect also had similar facial hair, nose and mouth structure to GARRETT.

### *GPS Tracking on 2017 Silver Ford Explorer HTA97B*

66.    Investigators reviewed the tracking device that was installed on the 2017 Ford Explorer (**Target Premises A-4**) and observed that vehicle parked just east of the bank at 1652 hours on December 11, 2021.

67.    Investigators noted that the Ford Explorer left 1726 West Pollack Street (**Target Premises A-2**) and proceeded to the Cobblestone Carwash 1530 East Baseline Road, Phoenix, Arizona, at 1446 hours to 1502 hours on December 11, 2021. The Ford Explorer then drove around and eventually stopped at the First Convenience Bank at 1602 East Roosevelt Street, Phoenix, Arizona, (the location of Incident #4) at 1652 hours.

68.    The Ford Explorer then drove to 1726 West Pollack Street (**Target Premises A-2**) and remained there until the evening.



69.     On December 11, 2021, at 2057 hours the Ford Explorer then drove to a Circle K located at 15 West Southern Avenue, Phoenix, Arizona. A Task Force Officer with the FBI obtained video footage from the Circle K for that date and time. The video showed GARRETT and a white female with dark hair arrive in the silver Ford Explorer (with GARRETT driving) at 2057 hours. GARRETT parked the vehicle at the gas pumps. They both entered the store and purchased items at the register.

 



## ITEMS TO BE SEIZED

57.     Based upon the facts contained in this Affidavit, your Affiant submits there is probable cause to believe that the items listed in Attachment B will be found at **Target Premises A-1 through A-7.**

58.     Based on my training, education, and experience, and discussions with other trained law enforcement personnel, along with information provided by sources of information and confidential sources, your Affiant knows the following:

   a.   Individuals involved in criminal activity, to include robberies, often maintain at their residences, vehicles, and on their property, tools and other implements they used during or in furtherance of the commission of the crime.

   b.   Individuals involved in robberies will also maintain notes or other documents containing the names and contacts of their associates. These individuals will also maintain notes or other documents related to the planning, preparation and execution of the crime or related to the victim.

   c.   Robbers will retain items used to facilitate the robberies as well as items taken during the robberies. Sometimes, in addition to money, robbers also take receipts, other documents and items bearing the name of the commercial business. These individuals tend to retain their clothing, including the items worn in the robberies, for extended periods of time.

   d.   Robbers often store proceeds, instrumentalities, fruits, and evidence of their crimes in their homes and/or vehicles.

   e.   Robbers may take pictures or videos of themselves, their fellow conspirators, clothing or instruments used in the commission of crimes, as well as money or property obtained during the course of the robberies and post those pictures or videos on social media websites, such as Facebook, Instagram, store them in cloud-based accounts, such as Google accounts, Yahoo

accounts, or Apple iCloud accounts, or share them via cell phone applications and messaging services.

f.  Criminals, to include robbers, will use various means of communication, to include telephonic and/or other electronic means, to communicate with fellow conspirators and share information, including the use of messenger service applications on their cell phones, messenger services included with Facebook, Instagram, Google, Gmail, Apple, Yahoo, and other social media accounts. These communications may take place at various stages of the commission of the crime, i.e, the planning of, execution of, or after the crime. Moreover, robbers commonly use other capabilities of computers and electronic devices to further their bank robbery activities. Therefore, evidence related to bank robbery activity is likely to be found on electronic storage media found at the **Target Premises**, as further described below.

59.    In addition to items which may constitute evidence, fruits and/or instrumentalities of the crimes set forth in this Affidavit, your Affiant also requests permission to seize any articles tending to establish the identity of persons who have dominion and control over the **Target Premises A-1 though A-7**, including rent receipts, utility bills, telephone bills, addressed mail, personal identification, keys, purchase receipts, sale receipts, photographs, vehicle pink slips, and vehicle registration.

## REQUEST FOR AUTHORIZATION

58.    Your Affiant submits there is probable cause to believe that the items listed in Attachment B, which constitute evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. § 2113(a) and (d) (Bank Robbery and Incidental Crimes), are likely to be found at **Target Premises A-1 through A-7**, which are further described in Attachments A-1 though A-7.

Jamie Marshall
_____
Jamie Marshall
Task Force Officer
Federal Bureau of Investigation

Sworn to and before me telephonically this __15__ day of December, 2021.

_____
HONORABLE United States Magistrate Judge